```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TENNESSEE
                          WESTERN DIVISION

ANGELIA F. WARD,                        )
                                        )
        Plaintiff,                      )
                                        )
    v.                                  ) No.2:12-CV-01040-JDB-egb
                                        )
PATRICK R. DONAHOE, in his official)
Capacity as Postmaster General of  )
The UNITED STATES POSTAL SERVICE,  )
And UNITED STATES POSTAL SERVICE   )
        Defendants.                     )
                                        )
```

**STIPULATION OF DISMISSAL**

The parties, Plaintiff Angelia F. Ward, by counsel, Michael L. Weinman, and the Defendants, Patrick R. Donahoe, Postmaster General of the United States Postal Service, and the United States Postal Service, by counsel, Edward L. Stanton, III, United States Attorney, have resolved all issues and claims by agreement, and therefore stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this action is dismissed with prejudice.

Executed this 20th day of August, 2012.

```
                        EDWARD L. STANTON, III
                        United States Attorney

                   By:  s/Monica M. Simmons
                        (TN BPR #018892)
                        Assistant United States Attorney
                        167 North Main St., Suite 800
                        Memphis, TN  38103
```

```
                    901-544-4231
                    monica.simmons@usdoj.gov

                    WEINMAN & ASSOCIATES

                    /s/ Michael L. Weinman
                    Michael L. Weinman (#15074)
                    Attorney for Plaintiff
                    112 S. Liberty Street
                    P. O. Box 266
                    Jackson, TN 38302
                    (731) 423-5565
                    mike@weinmanandassoc.com
```

### CERTIFICATE OF SERVICE

I, Monica M. Simmons, certify that this Answer was sent via the Court's electronic filing system to Michael L. Wineman, Attorney for Plaintiff.

This the 20th day of August, 2012.

                                                 s/Monica M. Simmons
                                                 Monica M. Simmons
                                                 Assistant United States Attorney