# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

### JUDGMENT IN A CIVIL CASE

ANGELIA F. WARD,

Plaintiff,

                                                    CASE NUMBER: 2:12-cv-1040-JDB-egb

v.

**PATRICK R. DONAHOE, in his official
Capacity as Postmaster General of
The UNITED STATES POSTAL SERVICE,
And UNITED STATES POSTAL SERVICE,**

Defendants,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 8/20/2012, this case is hereby dismissed with prejudice.

**APPROVED:**

                                                         **s/J. Daniel Breen**
                                                         **United States District Judge**

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**